| | |
|---|---|
| Samuel A. Khalil, Esq. | Cameron A. Gee, Esq. |
| Lauren C. Doyle, Esq. | Michael J. Edelman, Esq. |
| Brian Kinney, Esq. | William W. Thorsness, Esq. (*pro hac vice pending*) |
| Edward R. Linden, Esq. | Sarah E. King, Esq. |
| **MILBANK LLP** | **VEDDER PRICE P.C.** |
| 55 Hudson Yards | 1633 Broadway, 31st Floor |
| New York, New York 10001 | New York, New York 10019 |
| Telephone: (212) 530-5000 | Telephone: (212) 407-7700 |
| Facsimile:  (212) 530-5219 | Facsimile:  (212) 407-7799 |
| | |
| *Proposed Counsel to all Debtors and Debtors in Possession other than the Participation Debtors*[1] | *Proposed Counsel to the Participation Debtors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Voyager Aviation Holdings, LLC *et al.,* | Case No. 23-11177 (JPM) |
| Debtors.[2] | (Joint Administration Requested) |

## NOTICE OF ZOOM HEARING ON FIRST DAY APPLICATIONS AND MOTIONS

**PLEASE TAKE NOTICE** that on July 27, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1] "Participation Debtors" means, collectively, Aetios Aviation Leasing 1 Limited, Aetios Aviation Leasing 2 Limited, Panamera Aviation Leasing XII Designated Activity Company, and Panamera Aviation Leasing XIII Designated Activity Company.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Voyager Aviation Holdings, LLC (8601); A330 MSN 1432 Limited (N/A); A330 MSN 1579 Limited (N/A); Aetios Aviation Leasing 1 Limited (N/A); Aetios Aviation Leasing 2 Limited (N/A); Cayenne Aviation LLC (9861); Cayenne Aviation MSN 1123 Limited (N/A); Cayenne Aviation MSN 1135 Limited (N/A); DPM Investment LLC (5087); Intrepid Aviation Leasing, LLC (N/A); N116NT Trust (N/A); Panamera Aviation Leasing IV Limited (N/A); Panamera Aviation Leasing VI Limited (N/A); Panamera Aviation Leasing XI Limited (N/A);  Panamera Aviation Leasing XII Designated Activity Company (N/A); Panamera Aviation Leasing XIII Designated Activity Company (N/A); Voyager Aircraft Leasing, LLC (2925); Voyager Aviation Aircraft Leasing, LLC (3865); Voyager Aviation Management Ireland Designated Activity Company (N/A); and Voyager Finance Co. (9652).  The service address for each of the Debtors in these cases is 301 Tresser Boulevard, Suite 602, Stamford, CT 06901.

1

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed, among other items, the motions and applications that are listed on **Exhibit A** hereto (collectively, the "First Day Pleadings"), the *Declaration of Robert A. Del Genio, Chief Restructuring Officer of Voyager Aviation Holdings, LLC, in Support of Chapter 11 Petitions and First Day Motions* (the "First Day Declaration"), and the *Declaration of Robert A. Del Genio in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Providing Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* (the "Cash Collateral Declaration").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be conducted **remotely using Zoom for Government on July 28, 2023, at 12:00 p.m. (Prevailing Eastern Time)** (the "First Day Hearing"), or as soon thereafter as counsel can be heard, before the Honorable John P. Mastando III, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004, to consider the relief requested in the First Day Pleadings. Parties wishing to appear at the First Day Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the First Day Hearing. Parties wishing to appear at the First Day Hearing must submit an electronic appearance through the Court's website and not by emailing or otherwise contacting the Court. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings, First Day Declaration, and Cash Collateral Declaration can be viewed and/or obtained by: (i) accessing the

Courts' website at www.nysb.uscourts.gov, or (ii) on the website of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC ("KCC"), at www.kccllc.net/voyageraviation or by contacting KCC directly at (877) 634-7163 (for callers within the United States and Canada) or +1 (424) 236-7219 (for international callers).

Dated: July 27, 2023
      New York, New York

/s/ Lauren C. Doyle
Samuel A. Khalil, Esq.
Lauren C. Doyle, Esq.
Brian Kinney, Esq.
Edward R. Linden, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Email:  skhalil@milbank.com
      ldoyle@milbank.com
      bkinney@milbank.com
      elinden@milbank.com

*Proposed Counsel to all Debtors and Debtors in Possession other than the Participation Debtors*

/s/ Michael J. Edelman
Cameron A. Gee, Esq.
Michael J. Edelman, Esq.
William W. Thorsness, Esq. (*pro hac vice pending*)
Sarah E. King, Esq.
**VEDDER PRICE P.C.**
1633 Broadway, 31st Floor
New York, NY 10019
Telephone:  (212) 407-7700
Facsimile:  (212) 407-7799
Email:  cgee@vedderprice.com
      mjedelman@vedderprice.com
      wthorsness@vedderprice.com
      sking@vedderprice.com

*Proposed Counsel to the Participation Debtors*

## Exhibit A

1. **Joint Administration Motion**. *Debtors' Motion for Entry of an Order Directing Joint Administration of These Chapter 11 Cases* [Docket No. 2]

2. **Cash Collateral Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Providing Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 3]

3. **Cash Management Motion**. *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms and Books, (C) Engage in Intercompany Transactions; (II) Granting Administrative Expense Status to Intercompany Claims, and (III) Granting Related Relief* [Docket No. 5]

4. **Aircraft Lessee Reimbursement Demands Motion**. *Debtors' Motion for Interim and Final Orders (I) Authorizing Them to Continue to Honor Aircraft Lessee Reimbursement Demands and (II) Granting Related Relief* [Docket No. 6]

5. **Taxes Motion**. *Debtors' Motion for Entry of an Order (I) Authorizing Them to (A) Continue Paying Taxes and Fees in the Ordinary Course and (B) Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* [Docket No. 7]

6. **Insurance Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to Maintain Their Insurance Policies and Honor Related Obligations, and (II) Granting Related Relief* [Docket No. 8]

7. **Utilities Motion.** *Debtors' Motion for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (II) Approving the Proposed Adequate Assurance of Payment for Future Services, (III) Approving Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 9]

8. **Foreign Vendors Motion**. *Debtors' Motion for Entry of Interim and Final Orders Authorizing Payment of Certain Prepetition Claims of Foreign Vendors and Granting Related Relief* [Docket No. 10]

9. **Employee Benefits and Wages Motion**. *Debtors' Motion for an Entry of Interim and Final Orders (I) Authorizing them to (A) Continue Compensation and Benefits Programs, and (B) Satisfy Prepetition Obligations on Account of Compensation and Benefits Programs, and (II) Granting Related Relief* [Docket No. 11]

10. **Motion to Extend Time to File Schedules and SOFAs**. *Debtors' Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedule of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports* [Docket No. 12]

11. **Motion to File Consolidated List of Creditors**. *Debtors' Motion for Entry of an Order (I) Authorizing them to (A) Prepare and Maintain Consolidated List of Creditors in Lieu of a Separate Mailing Matrix for Each Debtor, (B) File Consolidated list of 30 Largest*

*Unsecured Creditors, and (C) Redact Certain Personally Identifying Information, (II) Approving the Form and Manner of Notice of Commencement, and (III) Granting Related Relief* [Docket No. 13]

12. **Claims Agent Retention Application**. *Debtors' Application for Entry of an Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. § 156(C), 11 U.S.C. § 105(A), and S.D.N.Y. L.B.R. 5075-1 Effective as of the Petition Date* [Docket No. 14]

13. **Notice and Case Management Motion**. *Debtors' Motion Seeking Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Docket No. 15]