UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Voyager Aviation Holdings, LLC *et al.*, | Case No. 23-11177 (JPM) |
| Debtors.[1] | (Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF
ROBERT A. DEL GENIO IN SUPPORT OF THE
DEBTORS' APPLICATION FOR ENTRY OF ORDER
(I) AUTHORIZING EMPLOYMENT AND RETENTION OF
FTI CONSULTING, INC. TO PROVIDE CHIEF RESTRUCTURING
OFFICER AND SUPPORTING PERSONNEL TO THE DEBTORS,
EFFECTIVE AS OF JULY 27, 2023 AND (II) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, Robert A. Del Genio declares as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"), a public corporation whose common stock is listed on the New York Stock Exchange and is traded under the symbol "FCN." FTI has numerous wholly-owned subsidiaries as set forth on Exhibit 1 hereto.[2]

2. Additionally, subject to this Court's approval, I am also serving as the Chief Restructuring Officer of Voyager Aviation Holdings, LLC ("VAH" and, together with the other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Voyager Aviation Holdings, LLC (8601); A330 MSN 1432 Limited (N/A); A330 MSN 1579 Limited (N/A); Aetios Aviation Leasing 1 Limited (N/A); Aetios Aviation Leasing 2 Limited (N/A); Cayenne Aviation LLC (9861); Cayenne Aviation MSN 1123 Limited (N/A); Cayenne Aviation MSN 1135 Limited (N/A); DPM Investment LLC (5087); Intrepid Aviation Leasing, LLC (N/A); N116NT Trust (N/A); Panamera Aviation Leasing IV Limited (N/A); Panamera Aviation Leasing VI Limited (N/A); Panamera Aviation Leasing XI Limited (N/A);  Panamera Aviation Leasing XII Designated Activity Company (N/A); Panamera Aviation Leasing XIII Designated Activity Company (N/A); Voyager Aircraft Leasing, LLC (2925); Voyager Aviation Aircraft Leasing, LLC (3865); Voyager Aviation Management Ireland Designated Activity Company (N/A); and Voyager Finance Co. (9652).  The service address for each of the Debtors in these cases is 301 Tresser Boulevard, Suite 602, Stamford, CT 06901.

[2] Additional information regarding FTI's corporate structure and subsidiaries may be found in FTI's most recent 10-K filed with the United States Securities and Exchange Commission on February 23, 2023, a copy of which is available at: https://ir.fticonsulting.com/node/22686/html.

1

above-captioned debtors in possession, the "Debtors") and have served in such capacity since July 25, 2023.

3. I submit this declaration (the "Declaration") in further support of the *Debtors' Application for Entry of Order (I) Authorizing Employment and Retention of FTI Consulting, Inc., Effective as of July 27, 2023 to Provide Chief Restructuring Officer and Supporting Personnel to the Debtors and (II) Granting Related Relief* [Docket No. 113] (the "Application")[3] and to supplement my original declaration (the "Original Declaration"), which was annexed as Exhibit B to the Application.

## SUPPLEMENTAL DISCLOSURES

4. In addition to the disclosures set forth in the Original Declaration, FTI discloses the following:

- Additionally, included in the $2,538,605 paid prior to the petition date, is $40,858.68 in payments that exceeded FTI's actual time incurred for the two weeks prior to the petition date. We will apply this $40,858.68 against our first post-petition invoice.

- Paragraph 17 of the Original Declaration described the procedures FTI took to identify relationships FTI has with the entities listed on Schedule 1 to the Original Declaration and included a footnote which noted that the computer database referenced in paragraph 17 includes FTI and its wholly-owned subsidiaries globally. As noted above, FTI is a publicly-traded corporation with numerous subsidiaries. For the avoidance of doubt, FTI does not have a parent entity, nor any subsidiaries or affiliates other than those listed on Exhibit 1.

---

[3] Capitalized terms used but not otherwise defined herein have the respective meanings ascribed to such terms in the Application.

- Regarding FTI personnel other than Mr. Del Genio, please see the below table for detail on Supporting Personnel:

| FTI Supporting Personnel | Title | Location |
|---|---|---|
| John Strek | Senior Managing Director | New York |
| Rachel Chesley | Senior Managing Director | New York |
| Cynthia Kielkucki | Managing Director | Chicago |
| Gregory Surabian | Senior Director | Los Angeles |
| Julian Gordy | Director | Denver |
| Kyra Adajian | Director | New York |
| Sydney Shaw | Senior Consultant | New York |
| Connor Gaskin | Senior Consultant | Los Angeles |
| Diana Baldo | Senior Consultant | New York |
| Mary Claire Stevenson | Consultant | Dallas |
| Samantha Hardey | Consultant | New York |

- Schedule 2 to the Original Declaration identified certain parties in interest as former clients. "Former clients" are former FTI clients for whom FTI has not provided services in the previous two (2) years before the Petition Date.

- The Company's board consists of Hooman Yazhari, Alan Alperin, Marjorie Bowen, and Steven Varner. They are all independent board members. The CRO attends board meetings at the invitation of the Board of Directors, but is not a member of the Board of Directors. The CRO will report to and be subject to supervision by the board.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: September 18, 2023

*/s/ Robert A. Del Genio*_____
Robert A. Del Genio
Senior Managing Director, FTI Consulting, Inc.

3

# Exhibit 1

**FTI Subsidiaries**

| Subsidiary | Domestic Jurisdiction |
| --- | --- |
| Bold Capital Holding B.V. | Netherlands |
| Bold Capital Management B.V. | Netherlands |
| Bold Investment Management B.V. | Netherlands |
| Bold Support Optimisation B.V. | Netherlands |
| Compass Lexecon (Belgium) SRL | Brussels |
| Compass Lexecon Economic Consulting (Beijing) Co., Ltd. | Beijing |
| Compass Lexecon LLC | Maryland |
| Compass Lexecon Spain, S.L. | Spain |
| Compass Lexecon SRL | Buenos Aires |
| Cumulus Fund | Cayman Islands |
| Cumulus Lower Volatility Fund | Cayman Islands |
| Cumulus Master Fund | Cayman Islands |
| FD MWA Holdings Inc. | Delaware |
| Ferrier Hodgson Management Services Inc. | Philippines |
| FH Asset Management Corp. | Philippines |
| FH Corporate Services Inc. | Philippines |
| FTI (China) Limited | Hong Kong |
| FTI Capital Advisors - Canada ULC | British Columbia |
| FTI Capital Advisors (Australia) Pty Ltd | New South Wales |
| FTI Capital Advisors (DIFC) Limited | Dubai International Financial Centre |
| FTI Capital Advisors (Hong Kong) Limited | Hong Kong |
| FTI Capital Advisors, LLC | Maryland |
| FTI Capital Management (Cayman) Limited | Grand Cayman |

| Subsidiary | Domestic Jurisdiction |
|---|---|
| FTI Capital Management LLC | Maryland |
| FTI Consulting - FD Australia Holdings Pty Ltd | Victoria |
| FTI Consulting - Qatar LLC | Doha |
| FTI Consulting (Asia) Ltd | Hong Kong |
| FTI Consulting (Australia) Pty Ltd | Queensland |
| FTI Consulting (Beijing) Co., Limited | Beijing |
| FTI Consulting (BVI) Limited | British Virgin Islands |
| FTI Consulting (Cayman) Ltd | Grand Cayman |
| FTI Consulting (China) Ltd. | Shanghai |
| FTI Consulting (DIFC) Limited | Dubai International Financial Centre |
| FTI Consulting (Government Affairs) LLC | New York |
| FTI Consulting (Hong Kong) Limited | Hong Kong |
| FTI Consulting (Hong Kong) Services One Limited | Hong Kong |
| FTI Consulting (Hong Kong) Services Two Limited | Hong Kong |
| FTI Consulting (ME) Limited | Abu Dhabi |
| FTI Consulting (Perth) Pty Ltd | Perth |
| FTI Consulting (SC) Inc. | New York |
| FTI Consulting (Singapore) Pte. Ltd. | Singapore |
| FTI Consulting (Strategic Communications) S.A.S. | Paris |
| FTI Consulting (Sydney) PTY LTD | New South Wales |
| FTI Consulting Acuity LLC | Maryland |
| FTI Consulting Australia Nominees Pty Ltd | Victoria |
| FTI Consulting B.V. | Amsterdam |

| Subsidiary | Domestic Jurisdiction |
|---|---|
| FTI Consulting Belgium SRL | Brussels |
| FTI Consulting Canada Inc. | British Columbia |
| FTI Consulting Canada ULC | British Columbia |
| FTI Consulting Capital Advisors (Singapore) Pte Ltd. | Singapore |
| FTI Consulting Corporate Services (Cayman) Limited | Grand Cayman |
| FTI Consulting Denmark ApS | Copenhagen |
| FTI Consulting Deutschland GmbH | Frankfurt am Main |
| FTI Consulting Deutschland Group Holdings GmbH | Frankfurt am Main |
| FTI Consulting Deutschland Holding GmbH | Munich |
| FTI Consulting Finland Limited | England & Wales |
| FTI Consulting for Business Services | Kingdom of Saudi Arabia |
| FTI Consulting Global Holdings Limited | England & Wales |
| FTI Consulting Group Holdings, Inc. | District of Columbia |
| FTI Consulting Group Limited | England & Wales |
| FTI Consulting Gulf Limited | England & Wales |
| FTI Consulting Holdings, Inc. | Delaware |
| FTI Consulting India Private Limited | India |
| FTI Consulting International Limited | British Virgin Islands |
| FTI Consulting Italy S.R.L. | Italy |
| FTI Consulting LLC | Maryland |
| FTI Consulting LLP | England & Wales |
| FTI Consulting Malaysia SDN. BHD. | Kuala Lumpur |
| FTI Consulting Management Limited | England & Wales |

| Subsidiary | Domestic Jurisdiction |
|---|---|
| FTI Consulting Management Ltd | Hong Kong |
| FTI Consulting Management Services Limited | British Virgin Islands |
| FTI Consulting Management Solutions Limited | Dublin |
| FTI Consulting Media Center FZ-LLC | Dubai Development Authority Free Zone |
| FTI Consulting México, S.C. | Federal District |
| FTI Consulting Pte Ltd. | Singapore |
| FTI Consulting Realty LLC | New York |
| FTI Consulting Realty, Inc. | California |
| FTI Consulting S.A.S. | Bagota |
| FTI Consulting SC GmbH | Frankfurt am Main |
| FTI Consulting Services (Israel) Ltd | Tel Aviv |
| FTI Consulting Solutions Limited | England & Wales |
| FTI Consulting South Africa (Pty) Ltd | South Africa |
| FTI Consulting Spain, S.R.L. | Madrid |
| FTI Consulting Switzerland GmbH | Switzerland |
| FTI Consulting Technology (Sydney) PTY LTD | Victoria |
| FTI Consulting Technology LLC | Maryland |
| FTI Consulting Technology Software Corp. | Washington |
| FTI Consulting Trade Advisory, LLC | Texas |
| FTI Consulting UK1 Holdings Limited | England & Wales |
| FTI Consulting UK2 Holdings Limited | England & Wales |
| FTI Consulting UK3 Holdings Limited | England & Wales |
| FTI Consulting, Inc. | Maryland |

| Subsidiary | Domestic Jurisdiction |
|---|---|
| FTI Consultoria Ltda. | São Paulo |
| FTI Director Services Limited | British Virgin Islands |
| FTI Director Services Number 2 Limited | British Virgin Islands |
| FTI Director Services Number 3 Limited | British Virgin Islands |
| FTI Financial Services Limited | England & Wales |
| FTI France SAS | Paris |
| FTI Hosting LLC | Maryland |
| FTI International LLC | Maryland |
| FTI Investigations, LLC | Maryland |
| FTI UK Holdings Limited | England & Wales |
| FTI, LLC | Maryland |
| FTI-Andersch AG | Frankfurt am Main |
| FTI-Andersch digital GmbH | Berlin |
| FTI-Andersch Management GmbH | Potsdam |
| Greenleaf Power Management LLC | Maryland |
| IRL (Holdings) Limited | British Virgin Islands |
| OC 536 Offshore Fund, Ltd. | Cayman Islands |
| Portal Arbitrage Opportunities Offshore Fund Ltd. | Cayman Islands |
| PT. FTI Consulting Indonesia | Jakarta |
| Sports Analytics LLC | Maryland |
| The Lost City Estates S.A. | Panama City |
| Value Realisation GP LTD | Grand Cayman |